**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: J.J.H., A MINOR        :    No. 271 MAL 2018
                                          :
                                          :

PETITION OF: L.D., JR., FATHER    :    Petition for Allowance of Appeal from
                                          :    the Order of the Superior Court

## ORDER

**PER CURIAM**

       **AND NOW**, this 26th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.